# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 312 WAL 2014
:
            Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
PAUL JOSEPH DESPORT, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.